IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Lisa Dawn Hardy Williams, : | |
| : | |
| Plaintiff(s) : | |
| : | Case Number: 1:14cv951 |
| vs. : | |
| : | Judge Susan J. Dlott |
| City West Leasing Office, et al., : | |
| : | |
| Defendant(s) : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on December 23, 2014 (Doc. 8), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired January 9, 2015, hereby ADOPTS said Report and Recommendation.

Accordingly, this case is **DISMISSED** with prejudice for failure to state a claim for relief.  It is further **ORDERED** that the Court certifies pursuant to 28 U.S.C. §1915(a) that an appeal of any Order adopting the Report and Recommendation will not be taken in good faith, therefore **DENYING** plaintiff leave to appeal *in forma pauperis.*

IT IS SO ORDERED.

   s/Susan J. Dlott           
Judge Susan J. Dlott
United States District Court